UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, <br><br> Plaintiff, <br><br> v. <br><br> CHRIS ANTHONY PISCIOTTA, et al., <br><br> Defendants. | Case No. 5:15-cv-02760-PSG <br><br> **CASE SCHEDULING ORDER** <br><br> **(Re: Docket No. 20)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 23, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off .................................................................................... March 16, 2016

Disclosure of Experts and Reports ..................................................................... April 13, 2016

---

[1] *See* Docket No. 20.

1

Case No. 5:15-cv-02760-PSG
CASE SCHEDULING ORDER

| | |
|---|---|
| Expert Discovery Cut-Off | June 15, 2016 |
| Dispositive Motions Filing Deadline | July 20, 2016 |
| Dispositive Motions Hearing | August 30, 2016 at 10:00 AM |
| Pre-Trial Conference | September 13, 2016 at 10:00 AM |
| Jury Trial | October 3, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: September 22, 2015



PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:15-cv-02760-PSG
CASE SCHEDULING ORDER