KYRA A. KAZANTZIS (STATE BAR NO. 154612)
kyrak@lawfoundation.org
ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
NADIA AZIZ (STATE BAR NO. 252966)
nadia.aziz@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, CA  95112
Telephone:  (408) 280-2410
Facsimile:  (408) 293-0106

Attorneys for Plaintiff PROJECT SENTINEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| PROJECT SENTINEL,<br><br>                    Plaintiff,<br><br>— v.—<br><br>CHRIS ANTHONY PISCIOTTA, ET AL..<br>                    Defendants. | Case No. C 15-02760 SK<br><br>NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER |

    The parties have reached a settlement in this matter.  Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety.

    So stipulated.

Date:   July 6, 2016          FAIR HOUSING LAW PROJECT

    /s/ Annette D. Kirkham
Annette D. Kirkham
Attorneys for Plaintiffs

Date:   July 6, 2016          HERITAGE LAW GROUP
    /s/ Roger Wintle
Roger Wintle
Attorneys for Defendants

## ATTESTATION PURSUANT TO GENERAL ORDER 45

    I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 6, 2016, at San Jose, California.

    /s/ Annette D. Kirkham
Annette D. Kirkham

## [PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed in its entirety.

Dated: July 6, 2016        _____
HONORABLE SALLIE KIM
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE